**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM DINON,<br>Plaintiff,<br><br>v.<br><br>FULTON BANK NATIONAL<br>ASSOCIATION, *et al.*<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:25-cv-07072-JMG |

**ORDER**

**AND NOW**, this 4th day of August, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 20), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge